AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

United States of America
v.
RICARDO RICHARDSON

Case No. 20cr333-01

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* RICARDO RICHARDSON

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18:1343 - WIRE FRAUD - 1 COUNT
18:371 - CONSPIRACY - 1 COUNT
15:78j(b), 78ff AND 17 C.F.R. 240.10b-5 - SECURITIES FRAUD - 2 COUNTS
18:2 - AIDING AND ABETTING

Date: 09/29/2020

/s/ KEVIN EIBEL
*Issuing officer's signature*

City and state: PHILA., PA.

KATE BARKMAN, CLERK OF COURT
*Printed name and title*

---

### Return

This warrant was received on *(date)* 9/29/2020, and the person was arrested on *(date)* 9/30/2020
at *(city and state)* Buford, Georgia

Date: 9/30/2020

*Arresting officer's signature*

Special Agent Ben Souther
*Printed name and title*